IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:01-CR-187-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) **ORDER** |
| MARLENE GERACI, | ) |
| | ) |
| Defendant. | ) |

I am in receipt of your motion dated April 25, 2017 in which you request removal of your name from the "Sex Offender Registry." This court does not control the maintenance of any such registry.

Therefore, the motion [DE #112] is DENIED.

This the 25th day of May 2017.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26